Case No. 8:17-cv-01624-JLS-DFM　　　　　　　　　　　　Date: June 13, 2018
Title: Raymond J. Potlongo, et al. v. Herff Jones, LCC, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　　　Not Present　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER (1) VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT (Doc. 60); AND (2) TO SHOW CAUSE AS TO WHY HEARING ON MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE CONTINUED UNTIL AFTER DETERMINATION BY NINTH CIRCUIT**

　　　Before the Court is Plaintiffs Raymond Potlongo and Grads R Us, Inc.'s Motion for Summary Judgment. (Doc. 60.) Defendant Herff Jones appealed the Court's prior Order granting Plaintiff's Motion for Preliminary Injunction, and oral argument in the Ninth Circuit is set for August 2018. (*See* Notice of Appeal, Doc. 53.) It appears to the Court that the Motion for Summary Judgment addresses many of the same issues that are on appeal in front of the Ninth Circuit. Accordingly, the Court VACATES the hearing set for June 15, 2018, at 2:30 p.m., and ORDERS the parties to show cause, in writing, as to why the hearing on the Motion for Summary Judgment should not be continued until after the Ninth Circuit's determination. The parties may each file a brief, no longer than five pages, no later than **Friday, June 22, 2018.**

　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: tg